STATE OF NORTH CAROLINA　　　　　　IN THE GENERAL COURT OF JUSTICE
COUNTY OF GUILFORD　　　　　　　　　　SUPERIOR COURT DIVISION
　　　　　　　　　　　　　　　　　　　　FILE NUMBER: 23 CVS 7142

Taniesha Williams

　　　　　　　　　　　　　　　　　　　　JURY REQUESTED ☒

　　　　　　Plaintiff, Pro Se
vs.
　　　　　　　　　　　　　　　　　　　　COMPLAINT

Circle K Stores
　　　　　　　　　　　　　　　　　　　　ORDER GRANTED TO SUE
　　　　　　　　　　　　　　　　　　　　AS INDIGENT
　　　　　　　　　　　　　　　　　　　　GUILFORD CO. C.S.C
　　　　　　Defendant.

I, the Plaintiff(s), complaining of the Defendant(s), say and allege that

1. The Plaintiff is a citizen and resident of __Wake__ County, North Carolina.

2. The Defendant is a citizen and resident of __Guilford__ County, North Carolina.

3. The Court has jurisdiction over this matter.

4. *(State what the defendant has done to cause the damages you are claiming by listing each wrongful act separately)*

A. Circle K has violated my Constitiutional Rights by allowing and refused to penalize Sexual Harassment.

B. Circle K has violated myh Constitutional Rights by refusing to honor, acknowledge and continue to accommodate my physical limitations noted and honored from time of hire

C. Circle K has violated my Contitutional Rights by initiating and allowing a hostile environment in effort to intientionally inflict emotional distress to the point of making Plaintiff resign. When that did not work, Circle K retaliated by firing Plaintiff prior to mediation and subsequently denying unemployment.

You are required to keep the Court advised of your current address and contact phone number. A Notice of Change of Address form is provided in this form packet.

D. In addition to violating my Constitutional rights as deemed by Title 7 of the Civil Rights Act of 1964 and the The American Disabilities Act of the 14th Amendment, Circle K cheated me of my pay and payment that Plaintiff never received.

WHEREFORE, the Plaintiff demands judgment against the Defendant for:

I am asking the court to award judgment against the defendant(s) in the sum of $ 25,000 +.

*(state claimed damages)*

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

For such other, further, and different relief to which the Plaintiff may be entitled.

This the 10th day of August, 20 23.

Taniesha Williams
Plaintiff

311 New Bern Ave , General Delivery
Address
Raleigh NC 27601
City/State/Zip
984-689-0858
Telephone

You are required to keep the Court advised of your current address and contact phone number. A Notice of Change of Address form is provided in this form packet.