IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TANIESHA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-790 |
| | ) | |
| CIRCLE K STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

This matter is before the Court on the defendant's motion to dismiss. The Magistrate Judge recommends granting the motion because the plaintiff has not complied with the discovery process as required by both the relevant Rules and court order. Doc. 37. The plaintiff filed objections to the recommendation, Doc. 39, an untimely response to the motion to dismiss, Doc. 40, and a paper writing entitled "Plaintiff's Motion to Schedule Arbitration by a Judge." Doc. 42. The Court has considered the entirety of the record and has evaluated the issues raised in the plaintiff's objections de novo.

The plaintiff has received numerous chances to comply with the Local Rules and to engage in basic discovery. Despite those opportunities, she failed to comply with the Court's order to respond to written discovery and did not appear for her scheduled deposition. She still has not responded to written discovery or made herself available for deposition, nor does she show any understanding of her obligations to participate in the litigation process if she wants her case to be heard. Nothing in her objections or her untimely opposition to the motion to dismiss undermines the Magistrate Judge's analysis.

She does nothing more than blame defense counsel for her own failures and offer vague and unconvincing excuses for her failure to comply.

As the Magistrate Judge fully and accurately explained, Doc. 37, every factor in the analysis under Rules 37 and 41 counsels in favor of dismissal of this action. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss, Doc. 24, is **GRANTED,** the plaintiff's motion to schedule arbitration, Doc. 42, is **DENIED,** and this action is **DISMISSED**.

This the 24th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE